| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:04-CR-19-02 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CR05-30024 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Myra Lopez<br>112 Marble St., Apt. 6<br>Springfield, MA 01105 | Vermont | Criminal |
| | NAME OF SENTENCING JUDGE<br>The Honorable J. Garvan Murtha | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 2/28/2005 — TO 2/27/2007 |

| OFFENSE |
|---|
| Possession With Intent to Distribute Heroin<br>21 U.S.C. § 841 |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Judicial _____ DISTRICT OF _____ Vermont _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/22/05
*Date*

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Judicial _____ DISTRICT OF _____ Massachusetts _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/29/05
*Effective Date*

*[signature]*
United States District Judge